**FILED**
January 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ESEQUIEL SANCHEZ, SID #404639, § § Plaintiff, § § v. § § F/N/U LA BARBERA #3410; F/N/U § SWILLINEGS, #3432; F/N/U MARTINEZ, § #3414; and J. ANDRADE, #3375, § § Defendants. § | SA-23-CV-01462-OLG |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Esequiel Sanchez's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Esequiel Sanchez's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's November 27, 2023 and December 11, 2023 Orders. *See* FED. R. CIV. P. 41(b)

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is **SO ORDERED**.

SIGNED this 23 of January, 2024.

_____
ORLANDO L. GARCIA
United States District Judge